SAMUEL D. HINMAN, Respondent, *v.* WILLIAM H. HARE, Appellant.

(Argued March 17, 1886 ; decided January 18, 1887.)

As a majority of the court did not concur in the opinion written in support of the decision, this case is not reported.

*Stephen P. Nash* and *Samuel Hand* for appellant.

*Haley Fiske* and *William Henry Arnoux* for respondent.

EARL, J., reads for reversal and new trial; RUGER, Ch. J., concurs; RAPALLO and ANDREWS, JJ., concur in result; DANFORTH, J., reads for affirmance ; FINCH, J., concurs.

Judgment reversed.